# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BRADLEY FISCHER,

        Plaintiff,

vs.

THE HOME DEPOT, *et al.*,

        Defendants.

2:19-cv-01228-JAD-VCF

**ORDER DENYING PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**

Before the court is the parties' proposed Discovery Plan and Scheduling Order (ECF NO. 6).

Pursuant to LR IA 10-2, a filed document must contain a document title. This document is not titled.

Under LR 26-1(a), "[i]f the plan sets deadlines within those specified in LR 26-1(b), the plan must state on its face in bold type, "SUBMITTED IN COMPLIANCE WITH LR 26-1(b)." If longer deadlines are proposed, the plan must state on its face "SPECIAL SCHEDULING REVIEW REQUESTED." Plans requesting special scheduling review must include, in addition to the information required by Fed. R. Civ. P. 26(f) and LR 26-1(b), a statement of the reasons why longer or different time periods should apply to the case."

Here, the parties have not complied with LR 26-1(a).

Accordingly,

IT IS HEREBY ORDERED that the parties' proposed Discovery Plan and Scheduling Order (ECF NO. 6) is DENIED without prejudice. The parties must file a new proposed discovery plan and scheduling order that complies with the court's local rules on or before October 9, 2019.

DATED this 2nd day of October, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE