# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BRADLEY FISCHER,

    Plaintiff,

vs.

THE HOME DEPOT,

    Defendant.

2:19-cv-01228-JAD-VCF

**ORDER**

Before the court is the Emergency Motion to Withdraw as Counsel (ECF No. 14).

Accordingly,

IT IS HEREBY ORDERED that any opposition on the Emergency Motion to Withdraw as Counsel (ECF No. 14) must be filed on or before February 10, 2020. Any reply in support of the Emergency Motion to Withdraw as Counsel (ECF No. 14) must be filed on or before February 13, 2020.

IT IS FURTHER ORDERED that a hearing on the Emergency Motion to Withdraw as Counsel (ECF No. 14) is scheduled for 2:00 PM, February 18, 2020, in Courtroom 3D.

IT IS FURTHER ORDERED that Bradley Fischer must attend in person the 2:00 PM, February 18, 2020 hearing.

DATED this 3rd day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE