# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BRADLEY FISCHER,<br><br>        Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT,<br><br>        Defendant. | 2:19-cv-01228-JAD-VCF<br><br>**ORDER** |

    Due to the evolving health crisis in the community regarding COVID-19, and consistent with the recommendations of the CDC to ensure the safety of the community through social distancing, IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 AM, April 17, 2020, will be held by telephone.

    The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

    DATED this 23rd day of March, 2020.

                                                                                     _____
                                                                                    CAM FERENBACH
                                                                                    UNITED STATES MAGISTRATE JUDGE