# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BRADLEY FISCHER,

       Plaintiff,

vs.

THE HOME DEPOT,

       Defendant.

2:19-cv-01228-JAD-VCF

**ORDER**

    Before the Court is *Bradley Fischer v. The Home Depot*, case number 2:19-cv-01228-JAD-VCF. On March 10, 2020, the Court granted Plaintiff's counsel's Motion to Withdraw (ECF No. 23).

    A telephonic status hearing was scheduled for 10:00 AM, April 17, 2020. *Id.*

    Accordingly,

    IT IS HEREBY ORDERED that Plaintiff Bradley Fischer must call in for the telephonic status hearing scheduled for 10:00 AM, April 17, 2020, PDT.

    The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

    IT IS FURTHER ORDERED that Bradley Fischer must file with the Court written notification of any change of address.

    IT IS FURTHER ORDERED that on or before April 10, 2020, Bradley Fischer must update his contact information to include a telephone number.

///

///

The Clerk of Court is directed to update Bradley Fischer's contact information on the docket and mail a copy of this order and ECF No. 23 to him.

Bradley Fischer
7912 Dover Shores Ave.
Las Vegas, Nevada 89128

DATED this 24th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE