# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BRADLEY FISCHER, an individual,

    Plaintiff,

vs.

THE HOME DEPOT, and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,

    Defendant.

2:19-cv-01228-JAD-VCF

**ORDER**

Before the court is the Notice of Settlement (ECF NO. 36).

Accordingly,

IT IS HEREBY ORDERED that a telephonic hearing on the Notice of Settlement (ECF NO. 36) is scheduled for 1:00 PM, October 28, 2020.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

The hearing will be vacated upon the filing of the proposed stipulation and order for dismissal.

DATED this 6thth day of October, 2020.

                                                                CAM FERENBACH
                                                                 UNITED STATES MAGISTRATE JUDGE