**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

BRADLEY FISCHER, an individual,

           Plaintiff,

vs.

THE HOME DEPOT, and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,

           Defendants.

2:19-cv-01228-JAD-VCF

**ORDER TO SHOW CAUSE**

    Before the court is *Bradley Fischer v. The Home Depot*, case number 2:19-cv-01228-JAD-VCF.

    On October 6, 2020, the court scheduled a telephonic status hearing on the Notice of Settlement. (ECF NO. 37).

    On October 28, 2020, the Court held that telephonic status conference as scheduled. Present at the hearing was Dione C. Wrenn, Esq. on behalf of Defendant Home Depot. Plaintiff Fischer failed to appear at the hearing. (ECF No. 38).

    Pursuant to Local Rule IA 11-8, "[t]he Court may, after notice and opportunity to be heard, impose any and all appropriate sanctions on an attorney or party who, without just cause: (a) Fails to appear when required for pretrial conference, argument on motion, or trial; (b) Fails to prepare for a presentation to the Court; (c) Fails to comply with these Rules; or, (d) Fails to comply with any order of this Court."

    Here, Plaintiff failed to comply with the Court's Order (ECF No. 37).

    Accordingly,

IT IS HEREBY ORDERED that an in-person show cause hearing is scheduled for **10:00 AM, November 11, 2020,** in Courtroom 3D, at the Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that Plaintiff Bradley Fischer must appear in person for the show cause hearing, scheduled for **10:00 AM, November 11, 2020.**

IT IS FURTHER ORDERED that on or before **November 6, 2020**, Plaintiff must file with the court a response showing cause as to why he should not be sanctioned for failing to comply with the Court's Order (ECF No. 37). Should Plaintiff fail to file a response as ordered and/or fail to appear at the **October 28, 2020 hearing**, the undersigned Magistrate Judge may impose sanctions against Plaintiff, which may include a report and recommendation that this case be dismissed.

The clerk's office is directed to mail a copy of this order to Plaintiff Bradley Fischer.

DATED this 28th day of October, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE